IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, ET AL )<br><br>Plaintiffs, )<br><br>v. )<br><br>SHOOK & FLETCHER MECHANICAL CONTRACTORS, INC. )<br><br>Defendant. ) | Civil Action No. 1:16-cv-161 |

**ORDER**

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated June 17, 2016. Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that a default judgment be entered against the Defendant, in favor of Plaintiffs in the total amount of $58,759.08, which consists of the following:

The National Pension Fund is entitled to recover $46,970.10 in delinquent contributions for the months of October 2014 through December 2015; $4,697.01 in liquidated damages; and

$2,767.95 in accrued interest, for a total damages award of $54,435.06.

The International Training Fund is entitled to recover $1,507.70 in delinquent contributions for the months of October 2014 through December 2015; $301.54 in liquidated damages; and $83.49 in accrued interest, for a total damages award of $1,892.73.

Defendants are also entitled to $1,805.00 in attorney's fees and $626.29 in costs, for an overall total damage award of $58,759.08.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
~~August~~ 2, 2016
Sept.